McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JHOANA MARIEL GARCIA GARCIA,<br><br>Defendant. | CASE NO. 1:17-CR-00264-LJO-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE<br><br>DATE: January 16, 2018<br>TIME: 1:00 pm.<br>COURT: Hon. SHEILA K. OBERTO |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 16, 2018.

2. On December 18, 2017, the Court held a First Schedule Conference before Chief Judge Lawrence J. O'Neill in this case, together with related cases. (ECF #82). The Court thereafter issued a Scheduling Order setting a trial date of September 17, 2019 for this case, together with additional relevant dates and deadlines in this case. The District Court also made a finding that the case was Complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and ordered time is to be excluded under the Speedy Trial Act through and including September 17, 2019. (ECF #83).

3. In light of the Court's issuance of the Scheduling Order on December 19, 2017, the parties agree and stipulate, and request that the Court vacate the January 16, 2018 status conference

presently set before Magistrate Judge Oberto.

    IT IS SO STIPULATED.

Dated: January 12, 2018                      McGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ JEFFREY A. SPIVAK
                                                   JEFFREY A. SPIVAK
                                                   Assistant United States Attorney

Dated: January 12, 2018                      /s/ ANNETTE SMURR
                                                   ANNETTE SMURR
                                                   Counsel for Defendant
                                                   JHOANA MARIEL GARCIA GARCIA
                                                   (Approved by telephone on January 12, 2018)

**ORDER**

IT IS SO ORDERED.

Dated:   **January 12, 2018**                     /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE