IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00264-004 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JHOANA MARIEL GARCIA-GARCIA | |
| Defendant. | |

The above-named defendant having been sentenced on September 4, 2018, to Probation,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.


IT IS SO ORDERED.

Dated: __September 4, 2018__  _____/s/ Lawrence J. O'Neill_____
                                                               UNITED STATES CHIEF DISTRICT JUDGE